# BARCLAY DAMON LLP

**Ross M. Greenky**
*Associate*

December 4, 2020

**VIA ECF**
Hon. Elizabeth A. Wolford
United States District Judge
Western District of New York

    Re:    <u>Infantino et al v. Sealand Contractors Corp. et al</u>
             Civil Action No.: 6:20-cv-6782 (EAW)

Dear Judge Wolford:

Barclay Damon LLP represents Defendants Sealand Contractors, Corp. and Daniel J. Bree ("Defendants") in the above-referenced matter.

We write, with Plaintiff's consent, to respectfully request an extension of time to answer, move, or otherwise respond to the Complaint until December 11, 2020. The current deadline for Defendants to respond to the Complaint is December 4, 2020.

Further, Defendants and Plaintiff agree that the statute of limitations for all claims in this action is tolled effective December 4, 2020 through December 11, 2020.

If you have any questions, please do not hesitate to contact me. Thank you for your consideration.

                        Very truly yours,

                        */s/ Ross M. Greenky*

                        Ross M. Greenky

RMG

cc:    Justin Marino, Esq. (via ECF)
        Stevenson Marino LLP
        Attorneys for Plaintiff
        75 Maiden Lane Suite 402
        New York, NY 10038

SO ORDERED
ELIZABETH A. WOLFORD
United States District Judge
Dated: 12/4/2020