**BARCLAY DAMON**LLP

**Ross M. Greenky**
*Associate*

December 11, 2020

**VIA ECF**
Hon. Elizabeth A. Wolford
United States District Judge
Western District of New York

    Re:    <u>Infantino et al v. Sealand Contractors Corp. et al</u>
            Civil Action No.: 6:20-cv-6782 (EAW)

Dear Judge Wolford:

    As you are aware, Barclay Damon LLP represents Defendants Sealand Contractors, Corp. and Daniel J. Bree ("Defendants") in the above-referenced matter.

    We write, with Plaintiff's consent, to respectfully request an extension of time to answer, move, or otherwise respond to the Complaint until December 14, 2020. The current deadline for Defendants to respond to the Complaint is December 11, 2020.

    Further, Defendants and Plaintiff agree that the statute of limitations for all claims of the putative collective/class members are this action is tolled effective December 4, 2020 through December 14, 2020.

    If you have any questions, please do not hesitate to contact me. Thank you for your consideration.

                          Very truly yours,

                          */s/ Ross M. Greenky*

RMG

cc:    Justin Marino, Esq. (via ECF)
       Stevenson Marino LLP
       Attorneys for Plaintiff
       75 Maiden Lane Suite 402
       New York, NY 10038

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
Dated: 12/11/2020

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
RGreenky@barclaydamon.com  Direct: (315) 425-2702  Fax: (315) 703-6246